IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL GARZA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　Defendant. | **8:18CV391**<br><br>**ORDER** |

This matter is before the court on the parties' joint consent to exercise of jurisdiction by a United States Magistrate Judge, Filing No. 20.

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73.

Dated this 8th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge